UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. BECKLER, and<br>ELIANA BECKLER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC,<br><br>    Defendant. | Case No. 4:10CV342 HEA |

## **ORDER**

The Court having been advised by the parties that this action has been settled,

**IT IS HEREBY ORDERED** all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 27th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE