UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. BECKLER and ELIANA BECKLER,<br>Plaintiffs<br><br>v.<br><br>CHASE HOME FINANCE, LLC,<br>Defendants | )<br>)<br>)<br>)<br>)   Case No. 4:10-CV-00342 HEA<br>)<br>)<br>) |

**MOTION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS**

COME NOW Plaintiffs Robert and Eliana Beckler and Defendant Chase Home Finance, LLC, and respectfully request a 14-day extension of time, up to and including October 3, 2010, to file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

Under the Order entered July 22, 2010, the parties were to file one of the above documents by September 19, 2010.  Settlement terms have been agreed to by the parties; however, the parties are awaiting the receipt of signed copies of the Settlement Agreement and payments to be made by the Defendant as outlined in the Settlement Agreement.

|  | Respectfully Submitted, |
|---|---|
| By: /s/ Thomas L. Azar, Jr. (by consent)<br>Thomas L. Azar, Jr., #507197<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, MO  63101<br>(314) 552-6409<br>(314) 552-7409 (fax)<br>tazar@thompsoncoburn.com<br><br>Attorney for Defendant Chase<br>Home Finance, LLC | By: /s/ Elizabeth K. Thompson<br>Elizabeth K. Thompson, #555814<br>353 Marshall Avenue, Suite B<br>Webster Groves, MO  63119<br>(314) 961-2626<br>(314) 961-2627 (fax)<br>Thompsonlaw @ live.com<br><br>Attorney for Plaintiffs Robert L.<br>Beckler and Eliana Beckler |