UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. BECKLER and ELIANA BECKLER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:10-CV-00342-HEA |
| CHASE HOME FINANCE, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Robert L. Beckler and Eliana Beckler and Defendant Chase Home Finance, LLC and dismiss the above-captioned Lawsuit with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

By /s/ Thomas L. Azar, Jr. (by consent)
Thomas L. Azar, Jr., # 507197
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
Phone (314) 552-6409
Fax (314) 552-7409
Email: tazar@thompsoncoburn.com

Attorney for Defendant
Chase Home Finance, LLC

By /s/ Elizabeth K. Thompson
Elizabeth K. Thompson, # 555814
353 Marshall Avenue, Suite B
Webster Groves, MO 63119
Phone (314) 961-2626
Fax (314) 961-2627
Email: Thompsonlaw@live.com

Attorney for Plaintiffs
Robert and Eliana Beckler